UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>LAUREN M. PERRIN,<br><br>        Defendant | Criminal No. 19cr10088<br><br>Violation:<br><br>Count One: Tampering with a Consumer Product<br>(18 U.S.C. § 1365(a)(4)) |

## INFORMATION

At all times relevant to this Information:

### General Allegations

1. Defendant, LAUREN M. PERRIN ("PERRIN") was a resident of Methuen or Haverhill, Massachusetts.

2. From on or about March 18, 2015, until on or about January 4, 2018, PERRIN was a Licensed Practical Nurse at Maplewood Care and Rehabilitation Center in Amesbury, Massachusetts (hereinafter "Maplewood").

3. Morphine was a Schedule II controlled substance. Morphine sulfate was a drug that contained morphine and was an opioid used for pain relief.

4. The United States Food and Drug Administration (hereinafter "FDA") was an agency within the executive branch of the Government of the United States. The FDA was the agency responsible for protecting the health and safety of the public by ensuring, among other things, that drugs intended for use in humans were safe and effective for their intended uses and that the labeling of such drugs was true and accurate. As part of its mission to protect the public

health, FDA—specifically its Office of Criminal Investigations—had the authority to investigate allegations of tampering with consumer products, including drugs.

### PERRIN's Tampering with Victim 1's Morphine

5. While working at Maplewood, PERRIN treated a hospice patient, hereinafter "Victim 1," an 88-year-old woman who was diagnosed with dementia, frequent seizures, a leg fracture, and shingles, a painful viral infection. Victim 1 was prescribed morphine sulfate for pain relief, to be administered 0.25 mL (5 mg) three times daily.

6. Beginning on or about November 5, 2017 and continuing through on or about November 26, 2017, PERRIN tampered with three vials of morphine sulfate prescribed to Victim 1. Perrin diluted Victim 1's morphine sulfate by removing morphine sulfate and replacing the removed liquid with another solution. The diluted vials contained only approximately 19% - 29% of the declared concentration of morphine sulfate. Until her death on November 26, 2017, Victim 1 repeatedly received doses of the diluted morphine.

## COUNT ONE
## Tampering with a Consumer Product
## (18 U.S.C. § 1365(a)(4))

7. From on or about November 5, 2017, and continuing through on or about November 26, 2017, in Amesbury, in the District of Massachusetts, the defendant,

**LAUREN M. PERRIN,**

with reckless disregard for the risk that another person would be placed in danger of death or bodily injury, and under circumstances manifesting extreme indifference to such risk, did tamper with a consumer product that affected interstate commerce, to wit, three vials of the drug morphine sulfate prescribed to Victim 1, bearing the lot numbers and expiration dates listed below:

|   | **Description** | **Lot Number** | **Expiration Date** |
|---|---|---|---|
| 1 | Morphine Sulfate Oral Solution 100 mg per 5 mL (20 mg/mL) | AA1417B | July 2019 |
| 2 | Morphine Sulfate Oral Solution 100 mg per 5 mL (20 mg/mL) | AA1417A | July 2019 |
| 3 | Morphine Sulfate Oral Solution 100 mg per 5 mL (20 mg/mL) | AA1417A | July 2019 |

and with the labeling and container for such products, by removing morphine sulfate from the vials and replacing the removed liquid with another solution.

All in violation of Title 18, United States Code, Section 1365(a)(4).

Respectfully submitted,

ANDREW E. LELLING
United States Attorney

By: Elysa Q. Wan
Assistant U.S. Attorney

Date: March 12, 2019