UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| | CRIMINAL No. 19-cr-10088-MLW |
| v. | |
| LAUREN M. PERRIN | |
| Defendant | |

## <u>MOTION FOR A RULE 11 HEARING</u>

Defendant Lauren M. Perrin respectfully requests that the Court set a hearing for the

defendant to change her plea pursuant to Federal Rule of Criminal Procedure 11. The parties are

generally available on May 21, May 22, May 28, May 31, June 3, June 7, or June 10 for such a

hearing.

Respectfully submitted,

Date: May 6, 2019          By:     */s/ Mark J. McNally*
                                   Mark J. McNally Esq.
                                   McNally Law Office
                                   978-684-2847
                                   Counsel for Lauren M. Perrin

# CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants .

/s/ Mark J. McNally
Mark J. McNally

Date: May 6, 2019